UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

**W GRANT AVENUE LLC**

                    Debtor.
-------------------------------------------------------X

Chapter 11

Case No.: 19-45593

**AFFIDAVIT OF CHAPTER 11
PURSUANT TO LR 1007-1**

State of New York    )
                            ss
County of Westchester  )

**Winston Ellis**, being duly sworn, deposes and says:

1. I am the Principle of the Debtor herein. I am personally familiar with all of the matters set forth below.

2. The Debtor herein holds interest in real estate located at 17 Grant Ave, Brooklyn NY 11208. The debtor seeks to enter into a plan for the payment of existing debts.

3. The Petition in this matter is to be commenced as a Chapter 11.

4. With respect to the holders of the 10 largest unsecured claim(s):

   a. NONE
   *(There are no unsecured claims)*

5. The secured claim(s) are as follows:

   a. U.S. Bank, N.A., 1st Mortgage      $926,581.74

6. The priority claim(s) are as follows: None

7. Summary of Assets and Liabilities:

   <u>Assets:</u>

      a. Four Family Apartment Building located @ 17 Grant Ave, Brooklyn. NY 11208
         Approximate value of $1,200,000.00

   <u>Liabilities:</u> The unsecured debts listed in Schedule F, the priority debts listed in schedule E and the secured debts listed in Schedule D.

8. No securities of the Debtor are publicly held.

9. At this time the real property of the debtor is not in possession or custody of any custodian, public officer, pledge, assignee of rents, or secured creditor, or agent for any such entity.

10. Debtor's assets are all in located in the State of New York, County of Kings

11. At this time, the only proceedings pending or threatened against the debtor are the following:

    a. Foreclosure Proceeding: U.S. Bank, N.A. v. Winston Ellis , Index No. 5690/2008, Supreme Court of the State of New York, County of Kings

Dated: White Plains, New York
September 18, 2019

_____
**Winston Ellis**

Sworn to before me on this
___ day of September 18, 2019

_____
Notary Public

TODD S. CUSHNER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02CU6071553
Qualified in Westchester County
Commission Expires March 18, 20__